# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHIB DIENG,

     Petitioner,

 v.

LAURA HERMOSILLO et al.,

     Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER 2:26-cv-00190-LK

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Petition for writ of habeas corpus is GRANTED with the relief ordered in docket entry 14.

Dated February 13, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Natalie Wood*
Deputy Clerk